No. 401. WILL D. GOULD ET AL., APPELLANTS, *v.* LEO V. YOUNGWORTH, UNITED STATES MARSHAL; No. 415. WARREN GILLELEN ET AL., APPELLANTS, *v.* LEO V. YOUNGWORTH, UNITED STATES MARSHAL; and No. 432. LEE R. MYERS, APPELLANT, *v.* H. Z. OSBORNE, UNITED STATES MARSHAL. Appeals from the Circuit Court of the United States for the Southern District of California. Argued March 19 and 20, 1907. Decided April 8, 1907. *Per Curiam.* Final orders reversed with costs, and causes remanded with directions to discharge petitioners, respectively, without prejudice to renewal of applications to remove, on the authority of *Tinsley* v. *Treat &c.*, 205 U. S. 20. *Mr. Will D. Gould* for appellants in No.